UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3224 FMO (AGRx) | Date | December 8, 2016 |
|---|---|---|---|
| Title | Sarah Moore, et al. v. Ulta Salon, Cosmetics & Fragrance, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Lisa Gonzalez | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Dennis P. Wilson<br>Timothy K. Hobbs, II | Kai-Ching Cha |

**Proceedings:**     **Motion for Preliminary Approval of Class Action Settlement [134]**

The court and counsel confer regarding plaintiff Sarah Moore's pending Motion for Preliminary Approval of Class Action Settlement (Dkt. 134-1, "Motion"). Accordingly, IT IS ORDERED THAT:

1. No later than **December 16, 2016**, the parties shall file: (a) a revised settlement agreement addressing the court's concerns as stated on the record; (b) a declaration from plaintiff Sarah Moore addressing whether the requested incentive payment was conditioned on her approval of the settlement; and (c) a declaration from defense counsel addressing whether and when CAFA notice was provided in satisfaction of 28 U.S.C. § 1715(b).

2. Upon filing of the above listed documents, the Motion will be deemed submitted.

|  | 00 | : | 15 |
|---|---|---|---|
| Initials of Preparer | | vdr | |