1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MOORE, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 12-CV-3224 FMO (AGRx)<br><br>**SUPPLEMENTAL ORDER REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

[PROPOSED] SUPPLEMENTAL ORDER REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

CASE NO. 12-CV-3224 FMO (AGRX)

Based on the Parties' Joint Stipulation for Supplemental Order Regarding Preliminary Approval of Class Action Settlement, and good cause having been shown, the Court hereby orders:

1. The fees of the Claims Administrator, CPT Group, Inc., will be increased to no more than $112,500;

2. Ulta will pay on a non-segregated basis a maximum of $2,790,000, including all attorneys' fees, costs, enhancement awards, the employee portion of payroll taxes, the employer portion of payroll taxes (FICA, FUTA, etc.) and claims administration expenses.

3. In calculating the individual settlement amount, as set forth in the Court's Order Re: Motion for Preliminary Approval of Class Action Settlement, the "Workweek Value" shall be calculated by dividing the Net Settlement Amount by the total number of workweeks for the entire Settlement Class.

4. The Final Approval Hearing shall be continued from June 22, 2017 to July 6, 2017 at 10:00 a.m.

**IT IS HEREBY ORDERED.**

Dated: April 7, 2017

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Firmwide:146903283.1 059310.1028

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

[PROPOSED] SUPPLEMENTAL ORDER
REGARDING PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT
1.
CASE NO. 12-CV-3224 FMO (AGRX)