| | |
|---|---|
| 1 | WILSON TRIAL GROUP |
| 2 | Dennis P. Wilson (Cal. Bar No. 133288)<br>Email: wilsontrialgroup@att.net |
| 3 | 3322 W. Victory Boulevard<br>Burbank, California 91505 |
| 4 | Telephone: (818) 843-1788 |
| 5 | Attorneys for Plaintiff and the Class |
| 6 | Additional Counsel Listed Below |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MOORE, on behalf of herself and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware Corporation;<br><br>     Defendants. | Case No: 2:12-CV-03224-FMO (AGRx)<br>Hon. Fernando M. Olguin<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[FILED CONCURRENTLY WITH:**<br>**(1)   MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**<br>**(2)   DECLARATIONS IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**<br>**(3)   [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:     JULY 6, 2017<br>TIME:     10:00 AM<br>CRT RM:  6D |

THE BLANCO LAW FIRM, PC
Alejandro D. Blanco (Cal. Bar No. 133073)
Email: ablanco@theblancolawfirm.com
535 N Brand Blvd Ste 700
Glendale, CA 91203
Telephone: (877) 238-7635

HOBBS LAW GROUP
Timothy Hobbs (Cal. Bar No. 268532)
Email: Tim@hobbslawgroup.com
1340 E. Route 66, Suite 204
Glendora, CA 91740
Tel: (626) 782-4520
Fax: (626) 782-6379

To the Court and all interested parties.

PLEASE TAKE NOTICE THAT on July 6, 2017 at 10:00 a.m. in Courtroom 6D of this Court, located at 350 N. First Street, Los Angeles California 90012, Plaintiff Sarah Moore (hereinafter referred to as "Plaintiff"), on behalf of herself and others similarly situated, hereby does and will move the Court to:

1. adjudicate that the Settlement is fair, reasonable, and adequate;
2. direct distribution of settlement benefits by the Settlement Administrator to Participating Class Members in accordance with the Settlement;
3. bind all Participating Class Members who did not timely opt out of the Settlement to the release of claims in favor of Defendants as set forth in the Settlement;
4. dismiss Plaintiffs' complaint with prejudice;
5. direct that the Clerk of the Court enter the Court's order as a final judgment; and
6. without affecting the finality of the final judgment, reserve the Court's continuing jurisdiction over the parties for the purposes of implementing, enforcing and/or administering the Settlement.

The Settlement should be approved because it is the product of arms' length, good-faith negotiations and is fair and reasonable to Class Members.

This motion is based upon this Notice of Motion and Unopposed Motion for Final Approval of Class Action Settlement, the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Declarations in Support of Unopposed Motion for Final Approval of Class Action Settlement, the proposed form of Order, and the Court's record of this action, including but not limited to the Motions and Declarations on file in this matter, and the Court's Orders in this matter: (1) Granting Certification (2) Preliminarily Approving Class Settlement; (3) Appointing Settlement Administrator; and (4) Scheduling Final Approval Hearing; all matters of which the Court may take notice;

and oral and documentary evidence presented at the hearing on the motion.

Dated: June 14, 2017

**WILSON TRIAL GROUP**
Dennis P. Wilson

By:_____

Attorneys for Plaintiffs
and Proposed Class