JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MOORE, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>    Defendant. | Case No. CV 12-3224 FMO (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Service Award ("Order"), IT IS ADJUDGED THAT:

1. Plaintiff Sarah Moore shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $697,500 in attorney's fees and $20,753.43 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The settlement administrator, CPT, shall be paid up to $112,500 for its fees and expenses in connection with the administration of the Settlement Agreement.

4. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 25th day of July, 2017.

                                                          /s/
                                            Fernando M. Olguin
                                       United States District Judge